IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CAROLYN BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 1:24-CV-02072-TPO |
| MUSCANTO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, CAROLYN BALDWIN, and Defendant, MUSCANTO, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 19th day of November 2024.

                                         Law Offices of
                                         THE SCHAPIRO LAW GROUP, P.L.

                                         <u>/s/ *Douglas S. Schapiro*_____</u>
                                         Douglas S. Schapiro, Esq.
                                         State Bar No. 54538FL
                                         The Schapiro Law Group, P.L.
                                         7301-A W. Palmetto Park Rd., #100A
                                         Boca Raton, FL 33433
                                         Tel: (561) 807-7388
                                         Email: schapiro@schapirolawgroup.com

                                         Attorney for Plaintiff

>*/s/   Michael D. Hepner*
>Michael D. Hepner, Esq.
>Michael D. Hepner, P.C.
>6500 So. Quebec Street, Suite 300
>Centennial, CO  80111
>(303) 877-7643
>Email – mdhepnerpc@gmail.com
>
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/  Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL